# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:20-CR-00297 |
| v. | (Judge Brann) |
| TENGTENG WAN, | |
| Defendant. | |

## ORDER

### JUNE 7, 2021

On November 18, 2020, a grand jury sitting in the Middle District of Pennsylvania indicted the above-named defendant. Jury selection and trial is currently scheduled for July 12, 2021.

Defendant has requested a continuance of jury selection and trial to allow sufficient time to conclude discussions to potentially reach a resolution of this matter without the need for a trial. The continuance will be granted.

The Court makes the following findings:

1. Counsel has requested a continuance to allow sufficient time to conclude discussions to potentially reach a resolution of this matter without the need for a trial.

2. Failure to grant the requested continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. Failure to grant the requested continuance would likely result in a miscarriage of justice.

4. The ends of justice is served by granting the requested continuance which outweighs the best interests of the public and the defendant in a speedy trial.

5. For purposes of the Speedy Trial Act, the period of delay resulting from the requested continuance is excludable in accordance with 18 U.S.C. § 3161(h)(7)(A).

**AND NOW, THEREFORE, IT IS ORDERED** that:

1. Defendant's Motion to Continue Jury Selection and Trial, Doc. 20, is **GRANTED**.

2. Jury selection is continued from July 12, 2021 to **October 4, 2021 at 9:30 a.m.** in courtroom #1, United States Courthouse and Federal Building, Fourth Floor, 240 West Third Street, Williamsport, Pennsylvania.

3. The deadline for filing pretrial motions is extended until August 30, 2021.

4. For the purposes of the Speedy Trial Act, the period of delay resulting from this continuance is excluded in accordance with 18 U.S.C. § 3161(h)(7)(A).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge